

USDC- BALTIMORE
'22 OCT 13 PM4:34

**United States of America**

**vs.**

**Calvin Sampson, III**

**Criminal No. RDB-20-0366**                    **Government's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 10/13/2022 | 10/13/2022 | Victim Impact Statement |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)